UNITED STATES DISTRICT COURT
WESKERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                              Plaintiff,

<u>DECISION AND ORDER</u>

00-CR-6083L

      v.

JUMA SAMPSON,

                              Defendant.
_____

By Decision and Order filed May 14, 2010, the United States Court of Appeals for the Second Circuit affirmed, in part, this Court's denial of defendant Juma Sampson's ("Sampson") petition under 28 U.S.C. § 2255 claiming ineffective assistance of counsel. The Second Circuit, though, did remand to this Court for further proceedings relating to the claim that Sampson's prior attorney, Assistant Public Defender Mark D. Hosken ("Hosken"), provided Sampson with ineffective assistance of counsel relating to a purported 10-year plea offer.

By Decision and Order entered June 23, 2010, I directed the Government to provide an affidavit both from the Assigned United States Attorney on the matter, Bret Puscheck, as well as attorney Hosken. Both affidavits were filed on July 22, 2010 (Dkt. #152).

By letter dated June 21, 2010, Sampson advised this Court of the Second Circuit's action, requested appointed counsel and sought a 90 day extension "for filing my Memorandum of Law and Facts addressing those issues."

I deny Sampson's request for appointed counsel. I will grant Sampson 60 days from entry of this decision to file whatever he intends to, if in fact he wishes to pursue his petition.

On the chance that Sampson did not receive the affidavits from Assistant United States Attorney Puscheck or Attorney Hosken, I enclose copies with this order, which I direct be forward to Sampson by mail at his last listed address, FCI Schuylkill, P.O. Box 759, Minersville, PA 17954.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 14, 2010.