UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                    DECISION AND ORDER

                         v.                                         00-CR-6083L

JUMA SAMPSON,

                        Defendant.
_____

      By decision and order (Dkt. #156), this Court denied defendant Juma Sampson's petition for relief under 28 U.S.C. § 2255. Sampson has filed a notice of appeal from that decision. Pending now before the Court is Sampson's motion (Dkt. #157) that the Court reconsider its decision denying relief. Defendant's motion for reconsideration (Dkt. #157) is in all respects denied.

      IT IS SO ORDERED.

                                                     _____
                                                        DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       April 7, 2011.